**Opinion issued September 16, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00555-CV

————————————

**VIVIANO SERRATO, Appellant**

**V.**

**JAMIE SERRATO, Appellee**

---

**On Appeal from the 73rd District Court**
**Bexar County, Texas**
**Trial Court Case No. 2014-CI-02165**

---

## MEMORANDUM OPINION

Appellant, Viviano Serrato, has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.